IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RASSAN M. TARABEIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION: 1:24-00342-KD-B |
| | ) |
| **INTERNAL REVENUE SERVICE,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 18) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and docketed June 18, 2025 (doc. 17) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is dismissed without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(B).

DONE and ORDERED this 3rd day of July 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE